Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Attorney of Record: Amy Bennecoff Ginsburg (AB0891)
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LISA SAVAGE,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Case No.: 1:17-cv-02073-NLH-AMD** |
| ) | |
| **CHASE RECEIVABLES, INC.,** ) | |
| ) | |
| **Defendant** ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily

dismisses the Complaint without prejudice.

Dated: June 8, 2017          BY: */s/ Amy L. Bennecoff Ginsburg*
                                  Amy L. Bennecoff Ginsburg Esquire
                                  Kimmel & Silverman, P.C.
                                  30 East Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888 ext. 167
                                  Facsimile: (877) 788-2864
                                  Email: aginsburg@creditlaw.com
                                  Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 8th day of June, 2017, a true and correct copy of the

foregoing pleading served via mail to the below:


Chase Receivables
Attn: Jeremy Felder
1247 Broadway
Sonoma, CA 95476


/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff